AUG 10, 2005

United States District Court

District of Guam

United States of America

Plaintiff

vs    Cv-03-00044

Vaatausili Mark Alaimalo

Defendant

_____/

**FILED**
DISTRICT COURT OF GUAM
AUG 22 2005
MARY L.M. MORAN
CLERK OF COURT

1. Motion for Enlargement of 10 or more pages for Excusable neglect, F.R.CV.P rule 6(b), Pro-se

Argument

PIONEER V BRUNSWICK 123 L ED 2D 74 (1993), For circumstances beyond a party's control, Supreme court held, F.R.CV.P rule 6(b). Defendant moves for enlargement of 10 or more pages from new supreme court law, BOOKER AND FAN FAN, RETROACTIVE RESENTENCING AMENDMENTS 484, 591. NEW REGGIE McCOY 11th cir RULE 60(b)(3) "FRAUD" warrants RELIEF in a Miscarriage of Justice illegal use of FRAUD priors to life when should be years, NOT LIFE. Please grant the 10 extra or more pages.

Thank You

*Vaatausili Mark alaimalo*
Vaatausili Mark Alaimalo pro-se

Certification

I certify all is true under penalty of perjury Date Aug _11_ 2005, Notary, 28 USC 1746, In lieu of Notary. HOUSTON V LACK 101 L ED 2D 245 (1988), TRUE copy send to;

Assistant U.S Attorney

Ms Karon V. Johnson Esq

Suite 500, Sirena Plaza

108 Hermaan Cortes Ave

Hagatna, Guam 96910

Thank You

*Vaatausili Mark Alaimalo*
Vaatausili Mark Alaimalo Pro-se
8-11-05