# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

## CERTIFICATE OF SERVICE

| | |
|---|---|
| **USA,** | |
| Plaintiff, | |
| vs. | **Case No: 1:96-cr-00039** |
| **Vaa'tausili Alaimalo,** | |
| Defendant. | |

The following individual was served by first class mail on August 24, 2005:

Vaa'tausili Mark Alaimalo

I, Leilani R. Toves Hernandez, declare under penalty of perjury that on the above-listed date I served the:

*Motion for Reconsideration, filed August 22, 2005 and the Motion for Enlargement of 10 or more pages, filed August 22, 2005*

on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: August 26, 2005                    /s/ Leilani R. Toves Hernandez
                                                              Deputy Clerk