# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

# CERTIFICATE OF SERVICE

| | |
|---|---|
| **USA,**<br><br>    Plaintiff,<br><br>vs.<br><br>**Vaa'tausili Alaimalo,**<br><br>    Defendant. | **Case No: 1:96-cr-00039** |

The following entity was served by first class mail on October 20, 2005:

   Vaa'tausili M. Alaimalo

I, Marilyn B. Alcon, declare under penalty of perjury that on the above-listed date I served the:

*Notice of Entry filed October 19, 2005 and Order filed October 17, 2005*

on the above listed entity in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: October 20, 2005                               /s/ Marilyn B. Alcon
                                                                      Deputy Clerk