# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam  96910**

| | |
|---|---|
| USA,<br><br>　　　　　Plaintiff,<br><br>　　　　　vs.<br><br>Vaa'tausili Alaimalo,<br><br>　　　　　Defendant. | Case No. 1:96-cr-00039<br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the ***Motion for Expansion of Record Facts that Meet Extraordinary Circumstances filed December 7, 2005***, on the dates indicated below:

*U.S. Attorney's Office*
*December 9, 2005*

The following individual was served by first class mail on December 9, 2005:

　　　*Vaa'tausili Alaimalo*

I, Leilani R. Toves Hernandez, declare under the penalty of perjury that on the above listed date(s) the:

***Motion for Expansion of Record Facts that Meet Extraordinary Circumstances filed December 7, 2005***

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: December 9, 2005　　　　　　　　　　　　　/s/ Leilani R. Toves Hernandez
　　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk