# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA,<br><br>        Plaintiff,<br><br>vs.<br><br>Vaa'tausili Alaimalo,<br><br>        Defendant. | Case No. 1:96-cr-00039<br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Order denying Motion for Reconsideration and Motion for Expansion of Record Facts that Meet Extraordinary Circumstances and the Notice of Entry of Order filed January 20, 2006*, on the dates indicated below:

*U.S. Attorney's Office*
*January 23, 2006*

The following individual was served by first class mail on January 20, 2006:

    **Vaa'tausili Alaimalo**

I, Leilani R. Toves Hernandez, declare under the penalty of perjury that on the above listed date(s) the:

*Order denying Motion for Reconsideration and Motion for Expansion of Record Facts that Meet Extraordinary Circumstances and the Notice of Entry of Order filed January 20, 2006*

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: January 24, 2006                               /s/ Leilani R. Toves Hernandez
                                                                       Deputy Clerk