Jan 30, 2006       District Court of Guam       
                   Territory of Guam            **DISTRICT COURT OF GUAM**

Vaatausili Mark Alaimalo                        FEB - 8 2006

Defendant-Petitioner                            **MARY L.M. MORAN**
vs                 Cr no 96-00039               **CLERK OF COURT**

United States of America    Civil no 03-00044

Plaintiff-Respondent
_____/

    1. Motion for Notice of Appeal,

    2. Motion for Extension to file C.O.A of 70 days for Excusable Neglect, F.R.CV.P rule 6(b) Pro-se

### Argument

1. Motion for Notice of Appeal to courts order Jan 20, 2006, "RECEIVED" in prison mail Jan 26, 2006, to denial of 18 USC F.R.CV.P rule 60(b)(3)_(6) to 18 USC 3582, "RELATION BACK TO ORIGNAL 2255 MOTION RULE 15(a), and 28 USC 2255 Motion for Reconsideration,

2. Motion for Extension of time of 60 days to file Certificate of Appealability, C.O.A, for excusable Neglect, F.R.CV.P rule 6(b)< PIONEER V BRUNSWICH 123 L ED 2D 74 (1993), Supreme court held excusable neglect for circumstances beyond a party's control. Defendant's para-legal just had brain surgery Nov 2004, and on Heavy medication "Dylanta" pills 400 mg per day, every day last month on pills Jan 2006. He's recovering from the heavy dosage and is slower at research and typing. See AGYEMAN V CORRECTIONS CORP OF AMERICA 390 F 3D 1101 (9th cir 2004), "Exceptional circumstances warranted Assistance of counsel to F.R.CV.P rule 60(b)(3) FRAUD motion for new trial.

Petitioner was beaten by Jail and prison staff put in Medical Emergency prisons medical believed he has Cardia Arrest. Ninth circuit granted Attorney for "EXTRAORDINARY CIRCUMSTANCES" in his pursuant rule 60(b)(3), Fraud claim. Prison in Alaimalo also should meet the Extraordinary circumstances for extension for SLOWER reserch. Also Alaimalo is on list for transfer to another prison, for MEDICAL prisoners are to be transfered to medical prisons because Alaimalo is DIABETIC.

## Conclusion

Defendant files his Notice of appeal to 2255 motion, 3582, motion, Rule 60(b)(3) Fraud and

"Relation back to Original 2255 motion RULE 15(a)"

and please grant the 70 days Extension to file his C.O.A, for Extraordinary circumstances. F.R.CV.P rule 6(b),

Thank You

*Vaatausili Mark Alaimalo*

Vaatausili Mark Alaimalo Pro-se

## Certifiation

I certify that all the above is all true and correct under penalty of perjury, Dated Jan 30 2006, Notary, 28 USC 1746, In lieu of Notary, HOUSTON V LACK 101 L ED 2D 245 (1988), Filed to prison mail box, and true copies mailed to; Assistant U.S Attorney, Ms Karon V. Johnson Esq, suite 500, Sirena Plaza, 108 Hermaan Cortes, Ave, Hagatna, Guam 96910.

Thank you

*Vaatausili Mark Alaimalo*

Vaatausili Mark Alaimalo Pro-se