# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA,<br><br>　　　　　Plaintiff,<br><br>　　　　vs.<br><br>Vaa'tausili Alaimalo,<br><br>　　　　　Defendant. | Case No. 1:96-cr-00039<br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the ***Motion for Notice of Appeal and Motion for Extenstion of Time to File Certificate of Appealability filed February 8, 2006,*** on the dates indicated below:

*U.S. Attorney's Office*
*February 13, 2006*

The following individual was served by first class mail on February 10, 2006:

　　**Vaa'tausili Alaimalo**

I, Virginia T. Kilgore, declare under the penalty of perjury that on the above listed date(s) the:

***Motion for Notice of Appeal and Motion for Extenstion of Time to File Certificate of Appealability filed February 8, 2006***

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: February 13, 2006　　　　　　　　　　　　/s/ Virginia T. Kilgore
　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk