# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam  96910**

USA,

        Plaintiff,

      vs.

Vaa'tausili Alaimalo,

        Defendant.

Case No. 1:96-cr-00039

### CERTIFICATE OF SERVICE

The following office(s)/individual(s) acknowledged receipt of the *Motion for Certificate of Appealability filed February 13, 2006,* on the dates indicated below:

*U.S. Attorney's Office*
*February 14, 2006*

The following individual was served by first class mail on February 14, 2006:

**Vaa'tausili Alaimalo**

I, Virginia T. Kilgore, declare under the penalty of perjury that on the above listed date(s) the:

*Motion for Certificate of Appealability filed February 13, 2006*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: February 14, 2006

        /s/ Virginia T. Kilgore
         Deputy Clerk