# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA,<br><br>                Plaintiff,<br><br>       vs.<br><br>Vaatausili Mark Alaimalo,<br><br>                Defendant. | Case No. 1:96-cr-00039<br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Order denying Motion for Notice of Appeal and Motion for Extension to File Certificate of Appealability and Motion for Certificate of Appealability and the Notice of Entry filed March 7, 2006*, on the dates indicated below:

*U.S. Attorney's Office*
*March 8, 2006*

The following individual was served by first class mail on March 8, 2006:

    *Vaatausili Mark Alaimalo*

I, Leilani R. Toves Hernandez, declare under the penalty of perjury that on the above listed date(s) the:

*Order denying Motion for Notice of Appeal and Motion for Extension to File Certificate of Appealability and Motion for Certificate of Appealability and the Notice of Entry filed March 7, 2006*

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: March 9, 2006                              /s/ Leilani R. Toves Hernandez
                                                                             Deputy Clerk