UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
JUL 25 2006
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 06-15828 |
|---|---|
| Plaintiff - Appellee, | D.C. Nos. CR-96-00039-JLR |
| v. | CV-03-00044-JLR |
| VAATAUSILI MARK ALAIMALO, | District of Guam, Hagatna |
| Defendant - Appellant. | ORDER |

**FILED**
DISTRICT COURT OF GUAM
JUL 31 2006
MARY L.M. MORAN
CLERK OF COURT

Before: HAWKINS and THOMAS, Circuit Judges.

The request for a certificate of appealability is denied. *See* 28 U.S.C. § 2253(c)(2).

If petitioner wishes to file a second or successive 28 U.S.C. § 2255 petition in the district court, petitioner must first move this court for an order authorizing the district court to consider that petition. *See* 28 U.S.C. § 2244(b)(3).

No motions for reconsideration, modification, or clarification of this order shall be filed or entertained.

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST
JUL 25 2006
by: Deputy Clerk