UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| VAATAUSILI MARK ALAIMALO,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | No. 06-71551<br><br>ORDER |

**FILED**
DISTRICT COURT OF GUAM
JUL 31 2006
MARY L.M. MORAN
CLERK OF COURT

Before: B. FLETCHER, HAWKINS and THOMAS, Circuit Judges.

The application for authorization to file a second or successive 28 U.S.C. § 2255 motion in the district court is denied. Petitioner has not made a prima facie showing under 28 U.S.C. § 2255 of:

(1) newly discovered evidence that, if proven and viewed in light of the evidence as a whole, would be sufficient to establish by clear and convincing evidence that no reasonable fact finder would have found the defendant guilty of the offense; or

(2) a new rule of constitutional law, made retroactive to cases on collateral review by the Supreme Court, that was previously unavailable.

No petition for rehearing or motion for reconsideration shall be filed or entertained in this case. See 28 U.S.C. § 2244(b)(3)(E).

**DENIED.**

MOATT

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST
JUL 26 2006
by: Deputy Clerk