# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA,<br><br>　　　　Plaintiff-Appellee,<br><br>　　vs.<br><br>Vaatausili Mark Alaimalo,<br><br>　　　　Defendant-Appellant. | Case No. 1:96-cr-00039<br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *USCA Order filed on July 31, 2006*, on the dates indicated below:

*U.S. Attorney's Office*
*August 2, 2006*

The following individual was served by first class mail on August 2, 2006:

　　Vaatausili Mark Alaimalo

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

*USCA Order filed on July 31, 2006*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: August 2, 2006　　　　　　　　　　　　/s/ Marilyn B. Alcon
　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk