IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM



VAATAUSILI MARK ALAIMALO; Pro-se

    Petitioner     Case No.

 vs

UNITED STATES OF AMERICA; Et al

    Respondents

---

MOTION FOR LEAVE TO PROCEED "IN FORMA PAUPERIS" Poor Person

---

 NOW COMES; pro-se petitioner Alaimalo with this request to proceed without payment of cost ..... in "Forma Pauperis" under 28 USC§1915(a) and exempt under 28 USC §1915(g) no three strikes.

 Wherefore; I am attacking a judgment and committment order in a criminal case ..... for a now determined "Non-Existant" crime or offense .....and is not a "Bivens" type action.

Will this Honorable Court hereby grant this request and allow petitioner to proceed "In Forma Pauperis"?

        Respectfully Submitted;

        Vaatausili Mark Alaimalo

Signed dated and mailed under oath and "affadavit" of my poverty this 13th day of October 2006

Vaatausili Mark Alaimalo

*Vaatausili Mark Alaimalo*

10-12-06