# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

# CERTIFICATE OF SERVICE

| | |
|---|---|
| Vaatausili Mark Alaimalo, | |
| Petitioner, | |
| vs. | Case No: 1:96-cr-00039 |
| USA, | |
| Respondent. | |

The following individual was served by first class mail on October 26, 2006:

    Vaatausili Mark Alaimalo

I, Virginia T. Kilgore, declare under penalty of perjury that on the above-listed date I served the following:

*Motion for Reconsideration of Denial to 28 USC 2255 filed on October 20, 2006, Motion to Vacate under 28 U.S.C. 2255 filed on October 23, 2006 and Motion for Leave to Appeal In Forma Pauperis filed on October 23, 2006*

on the above listed individual in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: October 26, 2006                  /s/ Virginia T. Kilgore
                                                          Deputy Clerk