# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

# CERTIFICATE OF SERVICE

| | |
|---|---|
| **USA,** | |
| Plaintiff, | |
| vs. | **Case No: 1:96-cr-00039** |
| Vaa'tausili Alaimalo, | |
| Defendant. | |

The following entity was served by first class mail on November 15, 2006:

    Vaa'tausili Alaimalo

I, Virginia T. Kilgore, declare under penalty of perjury that on the above-listed date I served the:

Order filed November 14, 2006 and Notice of Entry filed November 14, 2006

on the above listed entity in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: November 20, 2006          /s/ Virginia T. Kilgore
                                                                   Deputy Clerk