Vaatausili Mark Alaimalo
#86098-002 USP Victorville
P.O. Box 5500
Adelanto, California 92301

FILED
DISTRICT COURT OF GUAM
FEB 12 2007
MARY L.M. MORAN
CLERK OF COURT

In The United States District Court
For The Territory of Guam

| | |
|---|---|
| United States of America,<br>Plaintiff<br><br>Vs<br><br>Vaatausili Mark Alaimalo<br>Defendant<br>Pro-Se | Case No. 03-00044<br><br>Criminal No. 96-00039 |

Motion to Request For Status Report and a Current Docket Sheet on pending Rule 60(B)(4) That was Filed on Oct 20, 2006

Now comes, Pro-Se Defendant Alaimalo with this Request For a "Status Report" and a current Docket Sheet.

Will This Court Grant This Request?

2/6/07

Respectfully Submitted
Vaatausili Mark Alaimalo
#86098002