CHAMBER OF
Frances M. Tydingco-Gatewood
Chief Judge

Jennifer Moton
*Pro Se* Law Clerk
Tel: (671) 473-9200
Fax: (671) 473-9186

February 16, 2007

Mr. Vaa'tausili Mark Alaimalo
Reg. No. # 86098-002
United States Penitentiary - Victorville
P.O. Box 5500
Adelanto, CA 92301

|       | Re: | Criminal Case No. | 96-00039 |
|-------|-----|-------------------|----------|
|       |     | Civil Case Nos.   | 99-00106, 03-00044, 06-00034 |

Dear Mr. Alaimalo,

This correspondence is in response to your request for a status report and docket sheet regarding your Motions filed on October 20 and 23, 2006. Review of record in this matter reveals that the aforementioned motions were denied by this court on November 14, 2006. A copy of this order was sent to you by mail on November 15, 2006.

I have enclosed a copy of the order, certificate of service and the docket sheet per your request. Please be advised that since the motions were denied, no further action will be taken by the District Court of Guam regarding these requests.

Thank you for your attention in this matter.

Sincerely,

Jennifer Moton
*Pro Se* Law Clerk

enclosures

cc: United States Attorney's Office