DISTRICT COURT OF GUAM

TERRITORY OF GUAM

**FILED**
DISTRICT COURT OF GUAM
MAR 19 2007
MARY L.M. MORAN
CLERK OF COURT

| | |
|---|---|
| VAATAUSILI MARK ALAIMALO, | Criminal Case No. 96-00039 |
| Defendant-Petitioner | Civil Case No. 06-00034 |
| vs | 03-00044 |
| UNITED STATES OF AMERICA, | 99-00106 |
| Plaintiff-Respondent. | |

---

Notice To Appeal --- the order entered on November 14th, 2006 denying petitioner's request pursuant to F.R.Civ.P. 60(b)(4) and for a Certificate of Innocence.

---

Now Comes; petitioner Alaimalo with this "Notice To Appeal" as petitioner did not receive these documents denying his request until March 2nd, 2007 ..... after his motion for a status report filed February 12th, 2007 was responded too.

Wherfore; petitioner is entitled to this Notice Of Appeal as timely based on the foregoing.

Signed, dated and mailed
March 11th, 2007

Respectfully submitted;

*Vaatusili Mark Alaimalo*

Vaatausili Mark Alaimalo